# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| PERCY JAMES BURROUGHS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-177 |
| | ) | |
| NANCY A. BERRYHILL, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Proceeding *pro se*, Percy Burroughs seeks review of the final denial of his social security disability claim. Doc. 1. The Court preliminarily screened his complaint and twice ordered Burroughs to amend his Complaint to provide the Court with more information about his diagnoses, how they affect his ability to work, or why the ALJ concluded he was not disabled. *See* docs. 4 & 7. He failed to do so, and the Court recommended his Complaint be dismissed without prejudice for his failure to obey a court order or to prosecute his case. Doc. 8. He has, however, finally filed (a letter which this Court construes as) his Second Amended Complaint. Doc. 9.

Plaintiff explains that the Commissioner erred by failing to review

all of the evidence before him, which would have demonstrated that Burroughs is no longer capable of performing his past relevant work "on the waterfront." Doc. 9 at 1. That job (and all other jobs he has applied for) will not make accommodations for his mental and physical limitations (including chronic pain and sit/stand limitations) that would enable him to continue working. *Id.* He contends, in other words, that the ALJ erred by finding he retained the mental and physical residual functional capacity to do his past relevant work. *Id.*

This is sufficiently specific to allow the Court, and thus the Commissioner, to move forward. The Court therefore **VACATES** its Report and Recommendation for dismissal (doc. 8) and **DIRECTS** the Clerk to forward a copy of Burroughs' complaint to the Marshal for service upon defendant and to serve both parties with the General Order in Social Security Appeals, which sets forth the process going forward.

**SO ORDERED,** this __20th__ day of November, 2017.

*/s/ G. R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA