IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PERCY JAMES BURROUGHS, JR.,     *
                                          *
     Plaintiff,                    *
                                          *
     v.                               *      CV 417-177
                                          *
Social Security Administration,    *
                                          *
     Defendant.                  *

O R D E R

Before the Court is the parties' Consent Motion to Dismiss Without Prejudice.[1] (Doc. 22.) The stipulation is signed by all parties in the case. (Id.) Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff filed a separate motion to dismiss, in which he requests return of the filing fee. Because the Court issued a Report and Recommendation and the Defendant answered the Complaint, Plaintiff is not entitled to the return of the filing fee.